# APRIL 12, 1939

WALTER ADAMS v. THE STATE.

No. 20190. Delivered March 1, 1939.
Rehearing Denied April 12, 1939.

The opinion states the case.

*D. E. O'Fiel* and *W. R. Blain,* both of Beaumont, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is driving an automobile on a public highway while intoxicated; the punishment, a fine of fifty dollars and confinement in jail for five days.

It does not appear that appellant was sentenced. The conviction being for a felony, the law requires that sentence be duly pronounced upon the appellant. In the absence of a sentence this court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

ON APPELLANT'S MOTION TO REINSTATE.

KRUEGER, JUDGE.—At a former day of this court, this cause was dismissed because of a defective record. The appeal has now been perfected and the cause will be considered on its merits.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and procedural matters appear to be in due order.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.